| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310)659-5444<br>(310)878-8304Fax<br>jeffrey@shinbrotfirm.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>RONALD LEON | CASE NO.: 2:16-bk-15122-WB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND**<br>**MOTION FOR ORDER DETERMINING**<br>**VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☒ No hearing unless requested under LBR 9013-1(o)(4);<br>☐ Hearing set by Movant: LBR 9013-1(d);<br>☐ Hearing on Shortened Notice: LBR 9075-1(b); or<br>☐ Hearing on Emergency Basis: LBR 9075-1(a).<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s) | |

**Creditor Name** *(Insert name of creditor holding collateral to be valued)*: Wells Fargo Home Mortgage, Inc.,Attention

First American Trustee Servicing Solution,Wells Fargo Bank NA, Assignee HSBC Bank USA, National Association as

1.  **PLEASE TAKE NOTICE THAT** Ronald Leon, Debtor and Debtor-In-Possession _____ (Movant)
    requests an order valuing the collateral described below.  This motion does not request lien avoidance (see LBR
    forms F 4003 for lien avoidance involving principal residences and judicial liens).

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013                                    Page 1                          F 3012-1.MOTION.VALUATION

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Movant and the Movant's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Movant pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☐ **Hearing Set by Movant; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on at least 21 days of notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Movant has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Movant will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Movant will provide written notice of a regular hearing date or other proposed disposition of this motion.

d. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a):** Hearing Requested on Emergency Basis under LBR 9075-1(a): Movant has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Movant to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Movant will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

Date: 8/19/14

By: _____
*Signature of Movant or Attorney for Movant*

Name: Jeffrey S. Shinbrot, Esquire
*Print Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013                                    Page 2                          F 3012-1.MOTION.VALUATION

## MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL
## PURSUANT TO 11 U.S.C. § 506(a) AND FRBP 3012

**1. The Movant is (*check one*):**
- ☒ The debtor
- ☐ A creditor
- ☐ The trustee
- ☐ The Official Committee of Creditors Holding Unsecured Claims
- ☐ Other (*specify*): _____

**2. The Collateral to be Valued:**

    a. The Movant requests a determination of the value of the following collateral (Collateral).

       ☒ Real Property
         *Street Address:*      849 Lincoln Avenue_____
         *Unit Number:*        _____
         *City, State, Zip Code:*   Pasadena, California 91103_____

         Legal description or document recording number (including county of recording):
         M B 5-24 FOR DESC SEE ASSESSOR'S MAPS POR OF LOTS 2,3,4,29,30 AND 31_____

       ☐ Personal Property

         ☐ Vehicle:
         *Year, manufacturer, type, and model:*   _____
         *Vehicle Identification Number:*   _____
         *Location of vehicle (if known):*   _____

         ☐ Equipment:
         *Manufacturer, type, and characteristics:*  _____
         *Serial number(s):*   _____
         *Location (if known):*   _____

         ☐ Other Personal Property (*describe type, identifying information, and location*):
         _____
         _____

       ☐ See attached page.

    b. Purpose of the Valuation
       ☒ Treatment of the claim in a plan:
         ☐ Pursuant to 11 U.S.C. § 1322
         ☒ Pursuant to 11 U.S.C. § 1129
         ☐ Other: _____
       ☐ Disposition or use of Collateral pursuant to 11 U.S.C. § 363;
       ☐ Other: (*specify*): _____
         _____
         _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                   Page 3                **F 3012-1.MOTION.VALUATION**

c. Movant asserts that the value of the Collateral is $ <u>1,200,000.00</u>    as of (date): <u>04/20/2016</u>

*Check one:*

☒ Date bankruptcy case was commenced.

☐ Other (*specify*):_____

## 3. Liens Encumbering the Collateral:

The Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of *(applicable date)* |
|---|---|---|
| 1st **Lien:** Wells Fargo Bank NA | $ 1,000,000.00 | $ 1,331,540.11 |
| 2nd **Lien:** Wells Fargo Bank NA | $ 500,000.00 | $ 511,144.08 |
| 3rd **Lien:** | $ | $ |

☐ See attached page for additional lien(s).

## 4. Determination of Secured/Unsecured Status:

Based upon paragraphs 2 and 3 above, Movant asserts the following:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| 1st **Lien:** Wells Fargo Bank NA | $ 1,000,000.00 | $ 331,540.11 |
| 2nd **Lien:** Wells Fargo Bank NA | $ 0.00 | $ 511,144.08 |
| 3rd **Lien:** | $ | $ |

☐ See attached page for additional lien(s).

## 5. Evidence in Support of Motion:

    a. Evidence establishing the value of the Collateral:
        ☒ Declaration of the debtor as owner of the Collateral
        ☒ Declaration of the expert witness
            ☒ Certified appraiser
            ☐ Other: _____
        ☐ Declaration of a party who can authenticate a market report (e.g. Kelley Blue Book) pursuant to
           F.R.Evid. 803(17).
        ☐ Other:

    b. Evidence establishing the amount of the claims related to the liens encumbering the Collateral
        ☒ Declaration of the debtor as owner of the Collateral
        ☐ Declaration of a witness authenticating a document that is an admissible statement of a party
           opponent (e.g. proof of claim or a recent loan statement) pursuant to F.R.Evid. 801(d)(2).
        ☐ Other:

    c. Evidence establishing the priority of the lien encumbering the Collateral
        ☒ Declaration of the debtor as owner of the Collateral
        ☐ Other:

    d. ☐ Other evidence (*specify*):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                    Page 4                 **F 3012-1.MOTION.VALUATION**

Based upon the foregoing, Movant requests that this Court value the Collateral as listed in paragraph 2.c. above and that the claims related to the liens encumbering the Collateral, listed in paragraph 3 above, are determined to be secured or unsecured as requested in paragraph 4 above.

☒ See attached continuation page for additional provisions.

Respectfully submitted,

Date: 8/19/2014 _____

By: _____
*Signature of Movant or Attorney for Movant*

Name: Jeffrey S. Shinbrot, Esquire _____
*Printed Name of Movant or Attorney for Movant*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013                          Page 5                          F 3012-1.MOTION.VALUATION

## DECLARATION OF EXPERT WITNESS IN SUPPORT OF
## MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL

I, Jennifer L. Bosco _____ declare:

1. I am over 18 years of age, and I am qualified to testify as an expert witness in my capacity as a:

   ☒ Licensed Residential Property Appraiser with license no. AR037417 _____.

   ☐ Other: _____

   _____

2. Attached as Exhibit A to this declaration, is my report, which discloses all the data that I have used in forming my opinion.

3. My opinion of the value of the Collateral is $1,200,000.00 _____ as of *(applicable date)* 01/29/2016 _____.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature

Jennifer L. Bosco _____
Printed Name

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                                    Page 7                          **F 3012-1.MOTION.VALUATION**

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JBMS012916

## SUBJECT

Property Address: 849 Lincoln Ave   City: Pasadena   State: CA   Zip Code: 91103
Legal Description: M B 5-24 FOR DESC SEE ASSESSOR'S MAPS POR OF LOTS 2,3,4,29,30 AND 31
County: Los Angeles   Assessor's Parcel #: 5726-004-021
Tax Year: 2015   R.E. Taxes: $ 10,994   Special Assessments: $ None   Borrower (if applicable): None
Current Owner of Record: Leon, Ronald   Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) Single Family Residence   HOA: $ None ☐ per year ☐ per month
Market Area Name: Pasadena   Map Reference: 565/G3   Census Tract: 4616.00

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: The appraisal report is to be used in estate planning.
Intended User(s) (by name or type): Ronald Leon for estate planning.
Client: Ronald Leon   Address: 849 Lincoln Ave Pasadena, CA 91103
Appraiser: Jennifer L. Bosco   Address: 3011 Adornos Way Burbank, CA 91504

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner 80 | PRICE $(000) | AGE (yrs) | One-Unit 96 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant 15 | 900 Low 40 | | 2-4 Unit 1 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Vacant (0-5) | 4,000 High 115 | | Multi-Unit 2 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (>5%) | 3,000 Pred. 80 | | Comm'l 1 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | | | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Market conditions are considered declining with an average to low supply and demand for residential properties. Marketing times area typically less than 180 days. Conventional financing is prevalent and readily available at nominal rates. Seller may pay a portion of a buyer's non-recurring closing costs. The subject area is comprised of single family dwellings built predominately from 1930-1970. Dwellings vary in age, style, condition and site size. Commercial and multi-residential properties are situated along major thoroughfares. There is good access to support services, schools and employment.

## SITE DESCRIPTION

Dimensions: See Plat Map   Site Area: 21,598sf
Zoning Classification: PSR1   Description: Single Family Residential
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
The subject is considered to be a legal conforming use and the subject's current use as a single family dwelling is it's highest and best use.
Actual Use as of Effective Date: Single Family Residential   Use as appraised in this report: Single Family Residence
Summary of Highest & Best Use: Highest and best use considered to single family residential.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level/Avg |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | City/Average | Street | Asphalt/Average | ☒ | ☐ | Size | Average |
| Gas | ☒ | ☐ | City/Average | Curb/Gutter | Concrete/Average | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | City/Average | Sidewalk | Concrete/Average | ☒ | ☐ | Drainage | Average |
| Sanitary Sewer | ☒ | ☐ | City/Average | Street Lights | City/Average | ☒ | ☐ | View | Residential/Avg |
| Storm Sewer | ☒ | ☐ | City/Average | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 06037C1375F   FEMA Map Date 09/26/2008
Site Comments: There were no adverse easements, encroachment or other adverse conditions noted at the time of the inspection. Further there were no obvious environmental hazards present in the improvements, on the site, or in the vicinity of the subject. For properties constructed before 1978 asbestos or lead paint could possibly be an issue. However, no adverse environmental conditions were observed at the time of the inspection.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 | Foundation | Concrete/Avg | Slab | Concrete/Avg | Area Sq. Ft. | 0 | Type | Central |
| | ☐ Acc.Unit | Exterior Walls | Stucco/Avg | Crawl Space | None Noted | % Finished | 0 | Fuel | Gas |
| # of Stories | 2 | Roof Surface | Composition Shgl | Basement | None Noted | Ceiling | | | |
| Type ☒ Det. ☐ Att. | | Gutters & Dwnspts. | Yes/Fair | Sump Pump | None | Walls | | Cooling | |
| Design (Style) Spanish Colonial | | Window Type | Sngl/Wd Fr/Avg | Dampness | None | Floor | | Central | Central |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Storm/Screens | Yes/Avg | Settlement | None Noted | Outside Entry | | Other | |
| Actual Age (Yrs.) | 112 | | | Infestation | None Noted | | | | |
| Effective Age (Yrs.) | 25 | | | | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Hrd/Tile/Avg | Refrigerator | ☒ | Stairs | P | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage | # of cars ( 8 Tot.) |
| Walls | Drywall/Paint/Wd/Avg | Range/Oven | ☒ | Drop Stair | ☒ | Patio | Patio/Avg | Attach. | |
| Trim/Finish | Wood/Avg | Disposal | ☒ | Scuttle | ☒ | Deck | None | Detach. | 4 Car Garage |
| Bath Floor | Tile/Avg | Dishwasher | ☒ | Doorway | ☒ | Porch | Cov'd Porch/Avg | Blt.-In | |
| Bath Wainscot | Tile/Avg | Fan/Hood | ☒ | Floor | | Fence | Block/Avg | Carport | |
| Doors | Wood/Avg | Microwave | ☒ | Heated | | Pool | None | Driveway | 4-6 Cars |
| | | Washer/Dryer | ☒ | Finished | | | | Surface | Gravel/Fair |

Finished area above grade contains: 13 Rooms   4 Bedrooms   5 Bath(s)   4,222 Square Feet of Gross Living Area Above Grade
Additional features: The energy efficient items are typical for the market area of the subject.

Describe the condition of the property (including physical, functional and external obsolescence): The subject is in generally average condition. No internal inadequacies noted, external adversities noted due to the proximity of subject property and the Foothill (210) freeway and the Ventura (134) freeway interchange.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL   Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No. JBMS012916

## TRANSFER HISTORY

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s): NDC Data Source | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: As researched on CRMLS, Public |
| Date: No Prior Sales | Records, and conversation with the homeowner, subject has not been listed, transferred or sold in the |
| Price: Past 3 Years | last 36 months. |
| Source(s): CRMLS/Realist/NDC Data | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)     ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 849 Lincoln Ave Pasadena, CA 91103 | 1421 N Summit Ave Pasadena, CA 91103 | | 150 Linda Vista Ave Pasadena, CA 91105 | | 590 Linda Vista Ave Pasadena, CA 91105 | |
| Proximity to Subject | | 1.00 miles NE | | 0.93 miles SW | | 0.79 miles W | |
| Sale Price | $ 0 | $ 1,200,000 | | $ 1,400,000 | | $ 1,188,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 263.10 /sq.ft. | | $ 584.80 /sq.ft. | | $ 495.00 /sq.ft. | |
| Data Source(s) | NDC/MLS | Doc#733066/MLS#WS15033763 | | Doc# 834771 / MLS# 315004817 | | Doc#33046 / MLS# AR15242844 | |
| Verification Source(s) | Inspection | Local Realtors | | Local Realtors | | Local Realtors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None | Cnvl/None Noted | | Cnvl/None Noted | | Cnvl/None Noted | |
| Concessions | None | Dom:94 | | Dom:34 | | Dom:11 | |
| Date of Sale/Time | Estate Planning | 6/19/2015 | | 7/10/2015 | | 1/12/2016 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/FwyNoise | Suburban/Avg | -50,000 | Suburban/FwyNoise | +30,000 | Suburban/Avg | -50,000 |
| Site | 21,598sf | 15,510sf | +30,000 | 15,620sf | | 13,552sf | +40,000 |
| View | Residential/Avg | Residential/Avg | | Res;Mountain | -85,000 | Res;Skyline/Mtn | -85,000 |
| Design (Style) | Spanish Colonial | Arts and Crafts | | Mid-Century | | Mediterranean | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 112 | 105 | | 57 | | 46 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total / Bdrms / Baths 13 / 4 / 5 | Total / Bdrms / Baths 12 / 5 / 4.1 | -5,000 | Total / Bdrms / Baths 10 / 3 / 3 | +20,000 | Total / Bdrms / Baths 11 / 4 / 3 | +12,000 |
| Room Count | | | | | | | |
| Gross Living Area | 4,222 sq.ft. | 4,561 sq.ft. | -20,000 | 2,394 sq.ft. | +108,000 | 2,400 sq.ft. | +107,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Typ for Area | Typ for Area | | Typ for Area | | Typ for Area | |
| Garage/Carport | 4 Car Detached | 2 Car Det / 1 Crprt | +5,000 | 2 Car Attached | | 2 Car Attached | +5,000 |
| Porch/Patio/Deck | Cov'd Porch/Patio | Porch/Patio | | Porch/Cov'd Patio | | Porch/Patio | |
| Amenities/Pool and Spa | None | Pool & Spa | -30,000 | Spa | -10,000 | None | |
| APN | 5726-004-021 | 5729-005-006 | | 5708-030-014 | | 5707-029-021 | |
| Net Adjustment (Total) | | ☐ + ☒ - | -70,000 | ☒ + ☐ - | 63,000 | ☒ + ☐ - | 29,000 |
| Adjusted Sale Price of Comparables | | Net 5.8 % Gross 11.7 % | 1,130,000 | Net 4.5 % Gross 18.1 % | 1,463,000 | Net 2.4 % Gross 25.2 % | 1,217,000 |

Summary of Sales Comparison Approach    The comparables are all recent verified sales from the immediate market area. The sales are similar in style, overall condition, quality and appeal. The sales bracket the subject's GLA, site size and basic utility. The adjusted sales range is $1,130,000-$1,576,000.  More weight given to standard sales and active listing evenly weighted with closed sales.

Final Estimated Value: $1,200,000
THE ESTIMATED EXPOSURE TIME IS 45-120 DAYS.
THE APPRAISER HAS NOT APPRAISED THE SUBJECT PROPERTY IN THE PREVIOUS 36 MONTHS.

Appraisal Parameters and Methods: A six month market search was conducted within the subject?s neighborhood and similar competing neighborhood(s) for comparable sales, pending sales and properties currently listed for sale.  May properties were reviewed.  To the best of the appraiser?s knowledge, the Comparable presented and utilized in this report represent the most relevant data appropriate for the analysis and valuation of the subject property.  The comparable section and valuation analysis is governed by the principle of substitution: a buyer will not pay more for one property than for another that is equally desirable.  When determinable, adjustments for significant differences in improvements were derived by matched paired analysis or abstraction.  When matched pair analysis or abstraction were not possible or practical, bracketing and/or the appraiser?s knowledge and experience in the market area are utilized in determining the appropriate adjustment for differences.  Comparable sales were confirmed closed per the information data sources cited in the ?scope of the Appraisal.?  In the case of discrepancies among data sources the appraisers placed more weight on the MLS data for descriptive information and NDC or Public Records for recording data.

Indicated Value by Sales Comparison Approach $    1,200,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JBMS012916

### COST APPROACH

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
| Source of cost data: | DWELLING     Sq.Ft. @ $ | =$ |
| Quality rating from cost service:        Effective date of cost data: | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Garage/Carport    Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less    Physical    Functional    External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required):           Years | INDICATED VALUE BY COST APPROACH | =$ |

### INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM):

N/A

### PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

### RECONCILIATION

Indicated Value by: Sales Comparison Approach $   1,200,000      Cost Approach (if developed) $   NA      Income Approach (if developed) $

Final Reconciliation    The Sales Comparison approach was solely weighted in determining the final estimate of value, as it best represents typical buyer's and sellers. The Cost approach was not considered due to the subject's age and location in a fully developed locale. The Income approach was not considered applicable because SFR's in the subject's area are typically purchases for owner use and not income generation.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $   1,200,000   , as of:   01/29/2016   , which is the effective date of this appraisal. See attached addenda.

If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

### ATTACHMENTS

A true and complete copy of this report contains   25   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work          ☒ Limiting Cond./Certifications          ☐ Narrative Addendum          ☒ Photograph Addenda          ☐ Sketch Addendum
☒ Map Addenda          ☒ Additional Sales          ☐ Cost Addendum          ☐ Flood Addendum          ☐ Manuf. House Addendum
☒ Hypothetical Conditions          ☒ Extraordinary Assumptions          ☒ Plat Map          ☒ Location Map          ☒ Declaration/Resume

Client Name:   Ronald Leon
Client Contact:
E-Mail:   pcwconcreteworks@gmail.com          Address:   849 Lincoln Ave Pasadena, CA 91103

### SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:   Jennifer L. Bosco | Supervisory or Co-Appraiser Name: |
| Company:   SunWest Appraisals, Inc | Company: |
| Phone:   (818) 322-3449    Fax: | Phone:         Fax: |
| E-Mail:   sunwestreports@gmail.com | E-Mail: |
| Date of Report (Signature):   01/29/2016 | Date of Report (Signature): |
| License or Certification #:   AR037417    State:   CA | License or Certification #:       State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:   06/07/2017 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:   01/29/2016 | Date of Inspection: |

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**          Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          3/2007

# ADDITIONAL COMPARABLE SALES

File No.: JBMS012916

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 849 Lincoln Ave | 1370 N Arroyo Blvd | | 2139 El Molino Ave | | 895 N Los Robles Ave | |
| | Pasadena, CA 91103 | Pasadena, CA 91103 | | Altadena, CA 91001 | | Pasadena, CA 91104 | |
| Proximity to Subject | | 0.96 miles NW | | 2.08 miles NE | | 0.92 miles E | |
| Sale Price | $ 0 | | $ 1,710,000 | | $ 999,999 | | $ 995,000 |
| Sale Price/GLA | $ /sq.ft. | $ 499.12 /sq.ft. | | $ 304.23 /sq.ft. | | $ 289.41 /sq.ft. | |
| Data Source(s) | NDC/MLS | Doc#10223 / MLS#15948493 | | Backup Offer /MLS# 315010594 | | Active Listing/MLS#SR15224610 | |
| Verification Source(s) | Inspection | Local Realtors | | Local Realtors | | Local Realtors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None | Cnvl/None Noted | | Backup Offer | -10,000 | Active Listing | -10,000 |
| Concessions | None | Dom:91 | | Dom:102 | | Dom:112 | |
| Date of Sale/Time | Estate Planning | 1/6/2016 | | Backup Offer | | Listing | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/FwyNoise | Suburban/Good | -85,000 | Suburban/Avg | -50,000 | Sub/Busy Street | -25,000 |
| Site | 21,598sf | 19,542sf | +10,000 | 13,826sf | +39,000 | 8,000sf | +68,000 |
| View | Residential/Avg | Residential/Avg | | Res;Mountain | -25,000 | Residential/Avg | |
| Design (Style) | Spanish Colonial | Spanish | | Colonial Revival | | Mediterranean | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 112 | 63 | | 115 | | 108 | |
| Condition | Average | Good | -95,000 | Average | | Average | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 13 / 4 / 5 | 11 / 3 / 4 | +14,000 | 10 / 3 / 2.1 | +23,000 | 12 / 5 / 3 | +4,000 |
| Gross Living Area | 4,222 sq.ft. | 3,426 sq.ft. | +47,000 | 3,287 sq.ft. | +55,000 | 3,438 sq.ft. | +46,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Typ for Area | Typ for Area | | Typ for Area | | Typ for Area | |
| Garage/Carport | 4 Car Detached | 2 Car Detached | +5,000 | 2 Car Detached | | 2 Car Detached | 0 |
| Porch/Patio/Deck | Cov'd Porch/Patio | Porch/Patio | | Cov'd Porch/Patio | | Patio | |
| Amenities/Pool and Spa | None | Pool and Spa | -30,000 | Pool | -20,000 | None | 0 |
| APN | 5726-004-021 | 5702-015-030 | 0 | 5839-011-010 | 0 | 5725-026-015 | 0 |
| Net Adjustment (Total) | | ☐+ ☒- $ -134,000 | | ☒+ ☐- $ 12,000 | | ☒+ ☐- $ 83,000 | |
| Adjusted Sale Price | | Net 7.8 % | | Net 1.2 % | | Net 8.3 % | |
| of Comparables | | Gross 16.7 % $ 1,576,000 | | Gross 22.2 % $ 1,011,999 | | Gross 15.4 % $ 1,078,000 | |

Summary of Sales Comparison Approach    Dollar adjustments for age and condition are lumped together under condition in the sales comparison analysis section of this appraisal report. The appraiser conducted a thorough search of the local market for recent sales of properties considered to compete with the subject. The sales used are from competing neighborhoods in the subject's market area and are considered to be the best available and most reflective of the subject's current estimated market value. All sales compared well with the subject in terms of size, location, physical amenities, and proximity to employment and retail centers.  As a result, the comparables were considered good indicators of value.

*SALES COMPARISON APPROACH*

GP RESIDENTIAL

## Assumptions, Limiting Conditions & Scope of Work

File No.: JBMS012916

| | | | |
|---|---|---|---|
| Property Address: 849 Lincoln Ave | City: Pasadena | State: CA | Zip Code: 91103 |
| Client: Ronald Leon | Address: On File | | |
| Appraiser: Jennifer L. Bosco | Address: On File | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):** THE GLA WAS DERIVED FROM THIRD PARTY SOURCES DEEMED RELIABLE. IF DETERMINED NOT TO BE ACCURATE THE APPRAISER RESERVES THE RIGHT TO AMEND THE REPORT ACCORDINGLY. The appraiser has not performed an valuation on the subject in the previous 36 months.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          3/2007

# Certifications

File No.: JBMS012916

| Property Address: | 849 Lincoln Ave | | City: Pasadena | | State: CA | Zip Code: 91103 |
| Client: | Ronald Leon | | Address: | On File | | |
| Appraiser: | Jennifer L. Bosco | | Address: | On File | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,  FRS, an

| | | | |
|---|---|---|---|
| Client Contact: | | Client Name: Ronald Leon | |
| E-Mail: pcwconcreteworks@gmail.com | | Address: On File | |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Jennifer L. Bosco | Supervisory or Co-Appraiser Name: |
| Company: SunWest Appraisals, Inc | Company: |
| Phone: (818) 522-3449  Fax: | Phone:  Fax: |
| E-Mail: sunwestreports@gmail.com | E-Mail: |
| Date Report Signed: 01/29/2016 | Date Report Signed: |
| License or Certification #: AR037417  State: CA | License or Certification #:  State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 06/07/2017 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 01/29/2016 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

### Supplemental Addendum

File No. JBMS012916

| Client | Ronald Leon | | | | |
|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code | 91103 |
| Owner | Leon, Ronald | | | | |

**Neighborhood Description:**
The subject area is located in the Pasadena area. The neighborhood is comprised of single family dwellings built predominately from 1970-1990. Dwellings vary in age, style, condition and site size. Commercial and multi-residential properties are situated along major thoroughfares. There is good access to support services, schools and employment.

**Site Information:**
No adverse easements (normal Public Utility Easements exist), encroachment or other condition were noted. No soil subsidence or other visible problems were evident, including adverse environmental conditions. However, it should be noted that appraiser is not a qualified expert in these fields and can not render a professional opinion on same, no warranties implied.

Subject is located with very close proximity to the Foothill (210) and Ventura (134) freeways. At the time of the site visit, noise from the freeway was apparent, with views of the freeway from the second floor interior. Due to the subject being a two-story home, the sound of the raised freeway influence was very noticeable. Due to subject's location influence, this would be considered an adverse affect on subject's marketability.

**Comments On Improvements:**
No updates in the prior 2 years; The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. The dwelling has been adequately maintained. All major building components have been adequately maintained and are functionally adequate. Improvements are of average size and typical for the area. Quality of construction is average, having a composition tile roof cover, drywall interior walls, and single pane wood framed windows.

Some signs of damage and/or need for repairs.

No physical or functional obsolescence noted, external obsolescence noted due to the proximate location of the freeway.

Functional utility is acceptable, with adequately sized rooms, ample closet space and an efficient layout. Property generally conforms with the neighborhood.

**Subject Description:**
Subject is a two-story Spanish Colonial designed dwelling. Subject features foyer entry, formal dining room, living room and den. Kitchen with Caesar Stone counter and backsplash, center island with butcher block countertop, oak cabinets, and tile flooring. Master bedroom suite with walk-in closet and private bathroom featuring soaking tub, vanity and tile shower wainscoting and flooring. Secondary bedrooms with hardwood floors and closets. Bathrooms with tile shower/tub wainscoting and flooring.

Subject features a 4-car detached garage with an additional studio amenity on the second floor of the garage. As per conversation with the homeowner, the garage is permitted as a 4-car garage, but the studio is not permitted space. Subject also features an additional 800sq ft office space that is unpermitted as well.

Per conversation with the homeowner, the following repairs were noted: majority of all the boxed in, wood paneled roof eaves are in disrepair from wood rot and chipped and peeling paint and need to be replaced. The eaves are a direct result of the roof of the dwelling needing to be replaced, age of roof is estimated by the homeowner approx 16 years old. Additional repairs from homeowner noted: driveway is gravel and dirt, driveway gate replaced, kitchen cabinets needing refurbishing, approx 11 years old, kitchen appliances need upgrades: sink, fixtures, etc., backsplash repairs, roof and gutter system, chimneys need refurbishing, all windows need replacement for energy upgrades, a total of 17 windows. Interior doors, wood trim at baseboards, doors and windows, exterior paint, exterior stucco crack repairs, den needs rehab, interior drywall patch, repair and paint, wood floor refurbishing, exterior block wall repair, unfinished front yard structure and exterior gates.

**Comment on Comparables:**
Located on 1421 Summit Ave is weighted the heaviest due to requiring the least amount of adjustments. Comparable features the closest gross living area square footage and room count as subject. Comparable provides a bracketing larger bedroom count, countered with a smaller bathroom count, similar interior conditions, countered with its exterior well maintained and no deferred maintenance. Comparable with a smaller site square footage and features a pool and spa amenity.

Located on 150 Linda Vista Ave is a supporting comparable due to its proximate location influenced by the freeway. Comparable features a bracketing smaller room count, gross living area and site square footage, well maintained interior and exterior condition with no deferred maintenance. Comparable features a mountain view with minimal influence from the freeway, adjustments noted in grid.

## Supplemental Addendum

File No. JBMS012916

| | |
|---|---|
| Client | Ronald Leon |
| Property Address | 849 Lincoln Ave |
| City | Pasadena | County Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald |

Located on 590 Linda Vista Ave is an additional supporting comparable due to its most recently closed sale within this report from January. Comparable features a bracketing room count, bracketing smaller gross living and site square footage, countered with a well maintained interior and exterior condition with no deferred maintenance, skyline and mountain views.

Located on 1370 N Arroyo Bl is weighted the least due to its superior location with influence from the Brookside Golf Coarse, and MLS listing stating comparable is a complete remodel with noted upgrades throughout and no deferred maintenance. Comparable is a recently closed sale from January, features a smaller bracketing room count, gross living area and site square footage.

Located on 2139 El Molino Ave is in Backup Offer status, features a smaller bracketing gross living area and site square footage and a pool amenity. Comparable features mountain views and is not influenced by the freeway, although comparable is a corner lot as subject.

Located on 895 N Los Robles Ave is an Active listing, located on a corner lot on a busier road then subject with no direct freeway influence. Comparable features a similar bedroom count, bracketing smaller bathroom count, gross living area and site square footage. Similar upgrades to the kitchen and bathrooms as subject, countered with no deferred maintenance.

### Comment on Age and Size Variances:
Subject is noted with above average GLA and lot size amenity. Comparables within subject immediate neighborhood were researched and the comparables located were considered the best available. Due to the search parameters hindered by subject's location with freeway proximity, the search parameters had to be expanded to include the comparable sales within this report. Due to subject GLA, above average adjustments were noted with variances over 15% and age variances over 25%. Subject neighborhood was researched with minimal comparable sales with similar GLA and lot sizes, further research to locate comparable sales needing additional maintenance as subject was not successful. Comparables noted within this report had previous noted listings with needed TLC, were purchased and resold within the higher range of the market. Therefore, due to the search parameters and freeway influenced properties, comparables were located and adjusted in the grid.

### Final Conclusion:
The comparables researched and utilized within this report are considered the best available to support a value estimate. Comparables were weighted to support subject's freeway influence and neighborhood influences. Although larger than average adjustments were noted for GLA and site differences, this could not be avoided due to the limited inventory of homes with the same additional maintenance as pending for subject. Comparables were weighted on subject's main characteristics and bracket gross living area and room counts and most improvements.

### Sales Comparison:
The market adjustments are based upon the market, and as such, may differ from actual costs. All the chosen comparables are considered to be competing properties within subject's area and were chosen to bracket subject's value. An extensive search was conducted by appraiser to find the best similar available and recent sales of properties to best reflects subject's most probable market value as of the effective date of the appraisal. Adjustments were made to the comparables in order to isolate the actual contributory value of each item. Final subject valuation was bracketed by the adjusted sale price of comparables.

The comparables are all verified closed sales from the subject market area. The comparables are noted to be the most similar in age, condition, quality and appeal. The comparables bracket the subject's utility, amenities, and GLA. The sales provided are considered to be the best available as of the effective date of the appraisal. The adjusted range is $1,130,000-$1,576,000. The final estimate of value is determined to be $1,200,000 with recent comps 1-3 given the most consideration towards value. Typical exposure time for the market area is 90-120 days.

### Subject Prior Sale History:
Subject does not have a prior sale history in the last 36 months. Subject purchased in 2004 with a recorded deed of trust $685,409 - no listing for this transaction in the CRMLS.

### Subject Prior Listing History:
Subject had 4 prior listings: prior #1 ref CRMLS# 22029518;list price $725,000;list date 12/15/2003;116 DOM;expired. Prior #2 ref CRMLS# 22023995;list price $725,000;list date 8/15/2003;33 DOM;expired. Prior #3 ref CRMLS# 22022650;list price $765,000;list date 7/15/2003;25 DOM;expired. Prior #4 ref CRMLS# 22020858;list price $850,000;list date 6/10/2003;60 DOM;expired.

## Supplemental Addendum

File No. JBMS012916

| Client | Ronald Leon | | | | |
|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County | Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | |

**Comparables Prior Sale History:**

Comparable located on 1370 N Arroyo Bl had a prior sale recorded on 2/9/2015;sale price $1,050,000;Doc#140859;NDC Datasource. Remaining comparables do not have a prior sale in the last 12 months.

**Comparables Prior Listing History:**

Comparable #3 had a prior listing: ref CRMLS# 22079717;list price $1,100,000;list date 9/15/2006;136 DOM;sold $970,000. Comparable #4 had 2 prior listings: prior #1 ref CRMLS# 314032889;list price $1,495,000;list date 10/7/2014;120 DOM;sold $1,050,000. Prior #2 ref CRMLS# RS14035476;list price $1,600,000;list date 2/20/2014;215 DOM;expired. Comparable #5 had one prior listing: ref CRMLS# 22126228;list price $879,000;list date 6/17/2009;76 DOM;canceled. Comparable #6 had 5 prior listings: prior #1 ref CRMLS# F11074292;list price $799,999;list date 6/10/2011;56 DOM;canceled. Prior #2 ref CRMLS# F1817114;list price $950,000;list date 8/10/2009;364 DOM;expired. Prior #3 ref CRMLS# F1709659;list price $975,000;list date 4/16/2007;58 DOM;canceled. Prior #4 ref CRMLS# FR2062612;list price $1,250,000;list date 11/14/2006;127 DOM;canceled. Prior #5 ref CRMLS# FR2007530;list price $770,000;list date 11/18/2005;122 DOM;sold $655,000.

**Additional Information:**

PERSONAL PROPERTY: Personal property includes such items as furnishings, artwork, antiques, machinery, and equipment. No personal property was included in the valuation of the subject.

FEMA FLOOD DATA: Readers/users of this appraisal must note that the FEMA flood hazard information noted herein (in regards tot he subject) can not be guaranteed by the appraisers. The appraisers are not qualified experts in the determination of flood hazards and make no representations as to the FDMA flood zones or the necessity of flood insurance for the subject. The reader/user is advised to obtain a separate independent Flood FDMA, unless otherwise noted or included herein as an exhibit. Flood information noted in this appraisal was obtained from NDC services.

ZONING DATA: Zoning information was derived from NDC or other sources deemed reliable. However, the accuracy of the data can not be guaranteed.

STRUCTURAL/MECHANICAL DEFECTS: Unless specifically noted, this appraisal is based on the special assumption that the subject does not have any structural or mechanical defects. It is assumed that all mechanical equipment and appliances are in satisfactory working condition, unless otherwise noted, and that the electrical/plumbing systems are also adequate, unless otherwise noted. The appraisers are not experts in these areas (not licensed or qualified home inspector) and have not tested the subject to ensure that all of the above is in working condition. The pest control report (or termite report) and home inspection report if any, were not provided to the appraisers. Lastly, this appraisal is based on the special assumption that the roof and foundation systems area adequate. But again, the appraisers are not experts in these fields and have not tested the subject in these regards.

ADVERSE ENVIRONMENTAL CONDITIONS: There were no obvious environmental hazards present in the improvements, on the site or in the vicinity of the subject property that we noted as the time of the inspection. The value of the property in this report is based on the assumption that the property is not negatively affected by the presence of hazardous substances or detrimental environmental conditions. The appraisers are not experts in the identification of hazardous substances or detrimental environmental conditions. It is possible that tests and inspections made by a qualified hazardous substances and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the subject property that would negatively affect its value.

COMPETENCY STATEMENT: The appraisers have analyzed/appraised the subject's property type before. The appraisers possess the necessary knowledge and experience to complete this report in conformity with the competency provision of the USPAP. The appraiser signing on the right, supervised the appraisal process, has made a through review of the work file including the finished report, has recommended changes where appropriate, and concurs with the analyses and value conclusions stated herein. The appraisers accept full and complete responsibility for the appraisal report.

PURPOSE OF THE REPORT (SCOPE OF THE REPORT): The purpose of this report is to estimate the market value of the subject property.

**Supplemental Addendum**

File No. JBMS012916

| Client | Ronald Leon | | | | |
|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County Los Angeles | State CA | Zip Code 91103 | |
| Owner | Leon, Ronald | | | | |

**FUNCTION (INTENDED USE) OF REPORT:** The function of this report is for estate planning purposes. This appraisal report is not intended for use in a mortgage finance transaction. This report is not intended for any other use or uses and shall be invalid if used for any other function. Furthermore, this report may only be used by the noted client, as indicated on the top of the appraisal form. This report may not be given to and may not be utilized by a third party. The appraisers and appraisal firm will have no obligation to reissue this report to any other party.

**REAL PROPERTY INTERESTS DEFINED:** A Fee Simple interest is defined as "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." [Dictionary of Real Estate Appraisal, 3rd Ed.]

**DIGITAL SIGNATURES:** This report may contain digitally-reproduced signatures, which are approved by FNMA, GNMA, FHA and HUD. The A la Mode appraisal software program allows an appraiser to attach a digitally-reproduced signature by entering a secret password known only to the signing appraiser. Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the signing appraisers. The appraisers accept full responsibility for the appraisal report.

**DIGITAL PHOTOGRAPHS:** This report may contain digitally-reproduced photographs, which are approved by FNMA, GNMA, FHA, and HUD. The photos have not been altered or enhanced in anyway that would misrepresent the property or mislead the intended user of this report. The appraisers accepts full responsibility for the appraisal.

I have not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

The appraiser certifies and agrees that this appraisal was prepared in accordance with requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRRA) OF 1989, AS AMENDED (12 U.S.C. 3331 et seq.) and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

**PROFESSIONAL ASSISTANCE:** Melissa Stapelfeldt (Lic#040410) has provided professional assistance with subject inspection, subject and comparable research, and data entry. She was directly supervised by Jennifer Bosco. Claire Dotson provided administrative duties and data entry. She was directly supervised by Jennifer Bosco.

## Plat Map

| Client | Ronald Leon | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | | |
| City | Pasadena | | County | Los Angeles | State | CA | Zip Code | 91103 |
| Owner | Leon, Ronald | | | | | |



## Location Map

| Client | Ronald Leon | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | | | |
| City | Pasadena | | County | Los Angeles | State | CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | | | |



### Subject Photo Page

| Client | Ronald Leon | | | | |
|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County | Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | |

**Subject Front**



| | |
|---|---|
| | 849 Lincoln Ave |
| Sales Price | 0 |
| Gross Living Area | 4,222 |
| Total Rooms | 13 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5 |
| Location | Suburban/FwyNoise |
| View | Residential/Avg |
| Site | 21,598sf |
| Quality | Average |
| Age | 112 |

**Subject Rear**



**Subject Street**



### Photograph Addendum

| Client | Ronald Leon | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | | |
| City | Pasadena | | County Los Angeles | | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | | |



Reverse Street View



Subject Interior View



Foyer Entry



Formal Dining Room



Living Room



Den

16 of 22

### Photograph Addendum

| Client | Ronald Leon | | | | |
|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | |



**Kitchen**



**Master Bedroom**



**Master Bathroom**



**Bedroom Example**



**Bedroom Example**



**Bedroom Example**

**Photograph Addendum**

| Client | Ronald Leon | | | |
|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | |
| City | Pasadena | County Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | |


Bathroom Example


Bathroom Example


Balcony


View of Freeway From Second Floor


4 Car Garage


Additional Rear View

18·8·20

### Photograph Addendum

| Client | Ronald Leon | | | | |
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code | 91103 |
| Owner | Leon, Ronald | | | | |



**Example of Roof Eaves Damage**



**Example of Roof Eaves Damage**



**Example of Roof Eaves Damage**



**Example of Roof Eaves Damage**





**Example of Roof Eaves Damage**



**Example of Roof Eaves Damage**

### Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Client | Ronald Leon | | | | |
| Property Address | 849 Lincoln Ave | | | | |
| City | Pasadena | County | Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | | |



**Various Exposed Wires and Unfinished Vent Covers**



**Floor Repairs Pending**





**Dirt and Gravel Driveway**

**Front Archway Pending Repairs**



**Window Example of Chipped and Peeling Paint**



**Outdoor Structure with Chipped and Peeling Paint**

## Subject Photo Page

| Client | Ronald Leon | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code | 91103 |
| Owner | Leon, Ronald | | | | | |



**Chipped and Peeling Paint Exmp**

849 Lincoln Ave
| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 4,222 |
| Total Rooms | 13 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5 |
| Location | Suburban/FwyNoise |
| View | Residential/Avg |
| Site | 21,598sf |
| Quality | Average |
| Age | 112 |



**Subject Side Street With Fwy Inf**



**Subject Side View at Barthe Dr**

**Comparable Photo Page**

| | | | | |
|---|---|---|---|---|
| Client | Ronald Leon | | | |
| Property Address | 849 Lincoln Ave | | | |
| City | Pasadena | County Los Angeles | State CA | Zip Code 91103 |
| Owner | Leon, Ronald | | | |



### Comparable 1

| | |
|---|---|
| 1421 N Summit Ave | |
| Prox. to Subject | 1.00 miles NE |
| Sale Price | 1,200,000 |
| Gross Living Area | 4,561 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 15,510sf |
| Quality | Average |
| Age | 105 |



### Comparable 2

| | |
|---|---|
| 150 Linda Vista Ave | |
| Prox. to Subject | 0.93 miles SW |
| Sale Price | 1,400,000 |
| Gross Living Area | 2,394 |
| Total Rooms | 10 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | Suburban/FwyNoise |
| View | Res;Mountain |
| Site | 15,620sf |
| Quality | Average |
| Age | 57 |



### Comparable 3

| | |
|---|---|
| 590 Linda Vista Ave | |
| Prox. to Subject | 0.79 miles W |
| Sale Price | 1,188,000 |
| Gross Living Area | 2,400 |
| Total Rooms | 11 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban/Avg |
| View | Res;Skyline/Mtn |
| Site | 13,552sf |
| Quality | Average |
| Age | 46 |

## Comparable Photo Page

| Client | Ronald Leon | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 849 Lincoln Ave | | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code | 91103 |
| Owner | Leon, Ronald | | | | | |



### Comparable 4

1370 N Arroyo Blvd

| | |
|---|---|
| Prox. to Subject | 0.96 miles NW |
| Sale Price | 1,710,000 |
| Gross Living Area | 3,426 |
| Total Rooms | 11 |
| Total Bedrooms | 3 |
| Total Bathrooms | 4 |
| Location | Suburban/Good |
| View | Residential/Avg |
| Site | 19,542sf |
| Quality | Average |
| Age | 63 |



### Comparable 5

2139 El Molino Ave

| | |
|---|---|
| Prox. to Subject | 2.08 miles NE |
| Sale Price | 999,999 |
| Gross Living Area | 3,287 |
| Total Rooms | 10 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | Suburban/Avg |
| View | Res;Mountain |
| Site | 13,826sf |
| Quality | Average |
| Age | 115 |



### Comparable 6

895 N Los Robles Ave

| | |
|---|---|
| Prox. to Subject | 0.92 miles E |
| Sale Price | 995,000 |
| Gross Living Area | 3,438 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | Sub/Busy Street |
| View | Residential/Avg |
| Site | 8,000sf |
| Quality | Average |
| Age | 108 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

X  1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **August 18, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Melanie Scott   melanie.scott@usdoj.gov
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

X  2.  **SERVED BY UNITED STATES MAIL**: On (date) **8/18/2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

X  3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **August 18, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Julia W. Brand (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1382
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/19/2016 ~~8/18/2016~~ | Sandra Rodriguez | /s/Sandra Rodriguez |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| (Name of 1st Lienholder)<br>Wells Fargo Bank, N.A.<br><br>*Agent for Service of Process*<br>*(Name & Address)*<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Address from:<br>☒ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| (Name of 1st Lienholder)<br>Wells Fargo Bank, National Association<br><br>*Agent for Service of Process*<br>*(Name & Address)*<br>101 N. Phillips Avenue<br>Sioux Falls, SD  57104 | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☒ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| (Name of 1st Lienholder)<br><br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| (Name of 2nd Lienholder)<br>Wells Fargo Bank Nevada, National Ass.<br><br>*Agent for Service of Process*<br>*(Name & Address)*<br>successor Wells Fargo Bank, National As<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☒ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| (Name of 2nd Lienholder)<br><br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| (Name of 2nd Lienholder)<br><br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

                                             **F 3012-1.MOTION.VALUATION**

**DEBTOR**

Ronald Leon
849 Lincoln Avenue
Los Angeles, CA  91103

**UNSECURED CREDITORS**

California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA  95812-2952

Chase Card Member Service
P.O. Box 94014
Palatine, IL  60094-4014

City of Pasadena
175 N. Garfield Avenue 3rd Floor
Pasadena, CA  91101-1704

City of Pasadena
Office of the City Treasurer-Collections Unit
100 N. Garfield Ave., Room N106
PO Box 7115
Pasadena, CA  91109-7215

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Portfolio Recovery Associates, LLC
Dept. 922
PO Box 4115
Concord, CA 94524

Hunt & Henriques
151 Bernal Road suite 8
San Jose, CA 95119-1306

First American Trustee
6 Campus Cir Bldg., # 6, 1st Floor
Westlake, TX  76262-8217